The People of the State of New York, Respondent,
v. Morris B. Diamond, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 8, 1924; decided February 3, 1925.)

Appeal from a judgment of the Supreme Court, rendered March 3, 1924, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Daniel F. Cohalan, Robert E. Manley* and *John E. O'Brien* for appellant.

*Charles J. Dodd,* District Attorney (*Henry J. Walsh* and *James I. Cuff* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.